Mark J. Gregersen, #6553
10 W. Broadway, Suite 505
Salt Lake City, UT 84101
801-747-2222
Attorney for Defendant Brandon Laws

# IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>BRANDON LAWS,<br>    Defendant. | Case No. 2:09cr243 TS<br><br>REQUEST FOR NOTICE OF<br>INTENT TO USE 404(b)<br>EVIDENCE |

   Defendant Brandon Laws, through his attorney Mark J. Gregersen, hereby requests that the government provide notice of its intent to introduce evidence against this defendant that is claimed to be admissible pursuant to Fed. R. Evid. 404(b). Defendant further requests that the government provide notice of the nature of that evidence and the purpose for its introduction into evidence.

Dated this 15th day of January 2010.        s/ Mark J. Gregersen_____
                                             MARK J. GREGERSEN
                                             Attorney for Defendant Brandon Laws

## *Certificate of Service*

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Cy H Castle<br>Cy.castle@usdoj.gov, ester.nuttall@usdoj.gov,<br>heather.nielson@usdoj.gov,<br>Jessica.christensen2@usdoj.gov,<br>Stephanie.reinhart@usdoj.gov,<br>steven.morley@usdoj.gov | Carlie Christensen<br>Carlie.Christensen@usdoj.gov,<br>chris.allred@usdoj.gov |
| Jeremy M. Delicino<br>Brittany@jeremydelicino.com,<br>Jeremy@jeremydelicino.com,<br>Jeremydelicino@yahoo.com | Randy S. Ludlow<br>ludlowrandys@qwestoffice.net,<br>sj3737@comcast.net |
| Richard D. McKelvie<br>Richard.mckelvie@usdoj.gov,<br>Kristine.osmond@usdoj.gov | Todd A. Utzinger<br>Susana.utzingerlaw@integra.net,<br>todd.utzingerlaw@integra.net |
| Edwin S. Wall<br>wallaw@xmission.com,<br>wallsec@xmission.com | Benjamin A. Hamilton<br>ben_hamilton@fd.org, shri_hansen@fd.org |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

(No manual recipients)

Dated this 15th day of January 2010.                    s/ <u>Mark J. Gregersen</u>

c:\bizclt\laws\mot09.doc