JEREMY M. DELICINO - 9959  
Attorney for Defendant  
10 West Broadway, Suite 650  
Salt Lake City, Utah 84101  
Telephone: (801) 364-6474  
Facsimile: (801) 364-5014  

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **MOTION FOR JOINDER** |
| | : | |
| v. | : | Case No. 2:09-CR-243 TS |
| **TAD KRETH,** | : | |
| **Defendant.** | | |

The defendant, through his attorney of record, Jeremy M. Delicino, hereby moves this court to join in the following motions filed by his co-defendant's in this matter: Request for Discovery filed by c-defendant Smith (Doc. 92); Amended Request for Discovery filed by co-defendant Smith (Doc. 99); and Request for Notice of Intent to Use 404(b) Evidence filed by Laws (Doc. 96).

DATED this 27th day of January, 2010.

        Jeremy M. Delicino  
/s/_____  
JEREMY M. DELICINO  
Attorney at Law

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Cy H. Castle**

cy.castle@usdoj.gov,steven.morley@usdoj.gov,becky.bardago@usdoj.gov,stephanie.reinhart@usdoj.gov,jessica.christensen2@usdoj.gov,heather.nielson@usdoj.gov

**Carlie Christensen**

Carlie.Christensen@usdoj.gov,chris.allred@usdoj.gov

**Mark J. Gregersen**

markjgregersen@hotmail.com

**Benjamin A. Hamilton**

ben_hamilton@fd.org,sheri_hansen@fd.org

**Randy S Ludlow**

ludlowrandys@qwestoffice.net,sj3737@comcast.net

**Richard D. McKelvie**

richard.mckelvie@usdoj.gov,kristine.osmond@usdoj.gov

**Todd A. Utzinger**

todd.utzingerlaw@integra.net,susana.utzingerlaw@integra.net

**Edwin S. Wall**

wallsec@xmission.com,wallaw@xmission.com


Brittany Bagley
/s/_____