CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:09-CR-00243 TS |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| JOSEPH M. SMITH, et al, | | JUDGE TED STEWART |
| | : | |
| Defendants, | | |
| | : | |

_____

The United States of America, through the undersigned, pursuant to DUCrimR 16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides notice of the following disclosures to counsel for the defendant:

1.  CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2.  AUDIO CD Labeled Supplemental Discovery 2, bates numbered SUPP_000146

3.  CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

4.  AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th day of February, 2010.

          CARLIE CHRISTENSEN
          Acting United States Attorney


          /s/ *Richard D. McKelvie*

          Richard D. McKelvie

          Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by FEDEX to counsel listed below, this 26th day of February 2010.

**Benjamin A. Hamilton**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
*Attorney for* **Joseph M. Smith**

**Todd A. Utzinger**
UTZINGER LAW OFFICE
144 N 100 W
BOUNTIFUL , UT 84010
*Attorney for* **Meredith Smith**

**Randy S Ludlow**
185 S STATE STE 208
SALT LAKE CITY , UT 84111

*Attorney for* **Nick Laws**

**Jeremy M. Delicino**
10 W BROADWAY STE 650
SALT LAKE CITY , UT 84101

*Attorney for* **Ted Kreth**

**Mark J. Gregersen**
10 W BROADWAY #505
SALT LAKE CITY , UT 84101

*Attorney for* **Brandon Laws**

**Edwin S. Wall**
341 S MAIN STE 406
SALT LAKE CITY , UT 84111
*Attorney for* **Reece Laws**

/s/ Kristine Osmond

3

4

_____United States Attorney's Office

Case 2:09-cr-00243-TS   Document 107   Filed 02/26/2010   Page 4 of 4

4